# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

META C. JOHNSON

VERSUS

WALK-ONS SPORTS BAR, VEACH
TUCKER AND WALK-ONS
LOUISIANA D/B/A WALK-ONS
ENTERPRISES L.L.C.

NO. 2019 CW 1012

NOV 1 2 2019

---

In Re:   Walk-Ons   Sports   Bar,   Veach   Tucker,   and   Walk-Ons
Louisiana D/B/A Walk-Ons Enterprises LLC, applying for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 664873.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**

    **Crain, J.,** dissents and would direct the Clerk of this
court to issue a Notice of Briefing Schedule pursuant to La.
Code Civ. P. art. 966 (H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT